QUIN DENVIR, Bar #49374
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID L. MYATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-mj-00328 |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| v. | |
| DAVID L. MYATT, | |
| Defendant. | |

## BACKGROUND

On November 14, 2005, Defendant David Myatt, appeared before this court subsequent to arrest pursuant to warrant issued in Rule 5(c)(3) proceedings from the Northern District of Illinois, Chicago. After detention hearing on November 16, 2005, and as a condition of release, defendant was ordered released from custody on $300,000 unsecured bond, to be replaced by $300,000 property bond by December 7, 2005.

The property securing the said property bond is two parcels, one belonging to David L. and Melanie Myatt, and one belonging to Lehman and Lois Myatt. The total available equity in said properties is only $246,000.

Mr. Myatt is scheduled to make his appearance in the U.S. District Court in Chicago, Illinois, on December 14, 2005, and all arrangements have been made. The discrepancy in value is apparently due to a value reduction in the Los Banos property of David and Melanie Myatt.

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the Conditions of Release previously signed and entered in this matter calling for a total property bond required to be posted by Defendant may be modified to the sum of Two Hundred Forty-Six Thousand ($246,000.00) Dollars. said bond to be posted within four (4) days from the date of the order made pursuant to this stipulation,

**IT IS FURTHER STIPULATED** that all remaining conditions of release previously ordered shall remain in force and effect pending further order of the court.

McGREGOR W. SCOTT
United States Attorney

DATED: December 7, 2005        By   /s/ Virna L. Santos
                                VIRNA L. SANTOS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

                                QUIN DENVIR
                                Federal Public Defender

DATED: December 7, 2005        By   /s/ Ann H. Voris
                                ANN H. VORIS
                                Assistant Federal Defender
                                Attorney for Defendant
                                DAVID L. MYATT

**O R D E R**

**IT IS SO ORDERED**.  The Conditions of Release previously signed and entered in this matter calling for a total property bond required to be posted by Defendant are hereby modified to reflect a total sum of Two Hundred Forty-Six Thousand ($246,000.00) Dollars, said amount to be posted within four (4) days from the date of this order.  All remaining conditions of release previously ordered shall remain in force and effect pending further order of the court.

DATED: 12/23/2005

                                /s/ Sandra M. Snyder
                                SANDRA M. SNYDER, Magistrate Judge
                                Eastern District of California