DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID L. MYATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>              Plaintiff,                     )<br>                                                          )<br>        v.                                             )<br>                                                          )<br>DAVID L. MYATT,                        )<br>                                                          )<br>              Defendant.                  )<br>                                                          )<br>_____) | NO. 1:05-mj-0328 SMS<br><br>APPLICATION FOR ORDER EXONERATING PROPERTY BOND and RETURN of DEFENDANT'S PASSPORT to FEDERAL DEFENDER; ORDER<br><br>Judge : Hon. Sandra M. Snyder |

Defendant David L. Myatt, through counsel Ann H. Voris, Assistant Federal Defender, hereby moves the court for an order exonerating bond and for reconveyance of real property and return of passport in the above-captioned case.

On November 14, 2005, defendant David L. Myatt made an initial appearance in Rule 5(c)(3) proceedings regarding a Complaint from the Northern District of Illinois, Chicago (Case No. 1:05cr0921 EEB) in the above-captioned case; a detention hearing was held November 16, 2005, at which time defendant was ordered released upon posting of a $300,000.00 property bond. On December 23, 2005 two Deeds of Trust were posted as to David L. Myatt by David and Melanie Myatt, and Lehman and Lois Myatt, recorder numbers 2005-26471 and 2005-097006 (Dkt. #13) The certified copy of the recorded Deed of Trust and original signed promissory note were delivered to the court on December 9, 2005.

On May 23, 2008, Mr. Myatt was sentenced and committed to the custody of the United States

Bureau of Prisons for a total term of sixteen months. According to the Bureau of Prisons Inmate Locater, Mr. Myatt was released from custody on September 23, 2009.

It is respectfully requested that bond be exonerated and title to the real property reconveyed.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 19, 2010              /s/ *Ann H. Voris*
                                   ANN H. VORIS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   David L. Myatt

# O R D E R

**IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property securing said bond be immediately reconveyed to the property owner and that Mr. Myatt's passport be returned to the **Office of the Federal Defender**.

IT IS SO ORDERED.

**Dated:   March 29, 2010**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE